Kevin L. CHOICE, Petitioner–Appellant,

v.

State of SOUTH CAROLINA; Charles Condon, Respondents–Appellees.

No. 01–6803.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 27, 2001.

Decided Jan. 24, 2002.

Kevin L. Choice, Appellant Pro Se.

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

Kevin L. Choice appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Choice v. South Carolina,* No. CA–00–2496–18BD (D.S.C. Apr. 30, 2001). Although we grant Choice's motion to amend his informal brief, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*